■ In the Matter of THEONE McR., an Infant. WILBUR McR., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent. [666 NYS2d 921] —Order, Family Court, New York County (Leah Marks, J.), entered on or about June

25, 1997, which extended the placement of respondent's child with the petitioner Commissioner of Social Services for a period of 12 months, unanimously affirmed, with costs.

The placement was properly extended, the need for which was established in prior proceedings (*see, Matter of Theone McR.*, 240 AD2d 174). Concur—Sullivan, J. P., Ellerin, Nardelli, Rubin and Tom, JJ.